UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Danielle Hart,

                Plaintiff,                            21-cv-3104 (NSR) (AEK)

   -against-                                    **ORDER**

Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     On October 19, 2021, the Court directed Plaintiff to file proof of service so the Court would know when the 90-day period for Defendant to file the certified administrative record had expired. ECF No. 14. To date, no proof of service has been filed. Plaintiff filed her complaint more than six months ago, and the deadline for serving Defendant under Rule 4(m) of the Federal Rules of Civil Procedure has long since passed. *See* ECF No. 6.

     Accordingly, **no later than December 10, 2021**, Plaintiff must file proof of service or seek an extension of time to do so that includes a sufficient explanation of the delinquency. If Plaintiff fails to do so, the undersigned may recommend that this case be dismissed for failure to prosecute.

Dated: November 29, 2021
       White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge