UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIELLE HART,

                Plaintiff,                    21 **CIVIL** 3104 (NSR)(AEK)

     -against-                         **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 9, 2023, Plaintiff's motion for judgment on the pleadings is GRANTED and the Commissioner's cross-motion for judgment on the pleadings is DENIED. Judgment is entered in favor of the Plaintiff and the action is remanded to the SSA for further proceedings consistent with MJ Krause's R & R.

**Dated:**  New York, New York
         March 10, 2023

                                                  **RUBY J. KRAJICK**

                                                  _____
                                                     **Clerk of Court**

                       **BY:**      *K. Mango*

                                                    _____
                                                     **Deputy Clerk**